IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC X. RAMBERT,<br>    Plaintiff, | )<br>)<br>) |
| vs. | ) Civil Action No. 20-1760<br>) |
| JOHN E. WETZEL, et al.,<br>    Defendants. | )<br>)<br>) |

## ORDER OF COURT

AND NOW, this 18th day of December, 2020, after the plaintiff, Eric X. Rambert, filed a motion to proceed in forma pauperis, (Docket No. [1]), and after an initial Report and Recommendation was vacated by the United States Magistrate Judge and a revised Report and Recommendation was filed on November 30, 2020, (Docket No. [5]), recommending that Plaintiff's motion to proceed in forma pauperis be denied because he had not met the imminent danger exception to the three strikes rule of 28 U.S.C. § 1915(g) and that this action be dismissed until such time as Plaintiff pays the full $400 filing fee, and granting the petitioner 14 days to file written objections thereto, and no objections having been filed by the date of this Order, and upon independent review and consideration of the motion to proceed in forma pauperis, (Docket No. [1]), and the Magistrate Judge's Report and Recommendation (Docket No. [5]), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Motion [1] is DENIED;

IT IS FURTHER ORDERED that this case is DISMISSED, without prejudice, to Plaintiff reopening the matter by paying the full statutory and administrative filing fee of $400;

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED; and,

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided in Rule 3, Fed. R. App. P.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.

cc:     ERIC X. RAMBERT
       AM-9223
       SCI GREENE
       175 Progress Drive
       Waynesburg, PA 15370
       (via first class mail)